# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-19-00682-CV

**In re Fry Sons Ranch, Inc. and James Andy Fry**

ORIGINAL PROCEEDING FROM BURNET COUNTY

# M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the trial court's order granting right of partition. Having reviewed the petition and the record provided, we deny the petition for writ of mandamus and the motion for temporary relief. *See* Tex. R. App. P. 52.8(a); *see also Griffin v. Wolfe*, 610 S.W.2d 466, 466-67 (Tex. 1980) (per curiam) ("A partition case, unlike other proceedings, has two final judgments, and the first one is appealable as a final judgment."); *Yturria v. Kimbro*, 921 S.W.2d 338, 342 (Tex. App.—Corpus Christi 1996, no writ) ("The trial court's initial decree determining partitionability and appointing commissioners, although often referred to as an interlocutory decree, is a final and appealable order which is conclusive of all matters decreed within it.").

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Filed:   October 3, 2019